UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

GARY ROSEN COMMUNICATIONS, INC.        :   Civil Action
                                                                              No. 07 CIV 6331(DC)
                           Plaintiff,          :   ECF CASE

               vs.                                              :   **RULE 7.1**
                                                                                  **STATEMENT**
VOY, LLC,                                                  :

                         Defendant.      :

-----------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff, Gary Rosen Communications, Inc., a nongovernmental corporate entity, certifies that there is no parent corporation of Gary Rosen Communications, Inc. and that no publicly held corporation owns 10% or more of the stock of Gary Rosen Communications, Inc.

Dated:   New York, New York
           July 10, 2007

                                                 **HECHT & ASSOCIATES, P.C.**

                                                 By: _____
                                                     Mitchell Berns [MB-3695]
                                           Attorneys for Plaintiff
                                           275 Madison Avenue, 28th Floor
                                           New York, New York 10016
                                           (212) 490-3232