AFFIDAVIT OF SERVICE ON A CORPORATION THROUGH THE SECRETARY OF STATE

State of New York

United States District Court, Southern District of New York

GARY ROSEN COMMUNICATIONS, INC.

**Civil Action No. 07 CIV 6331
(Judge Chin)
ECF Case**

Plaintiff,

v.

VOY, LLC

Defendant

STATE OF NEW YORK )
                  )ss.:
COUNTY OF ALBANY  )

Michael Smith, being duly sworn, deposes and says that (s)he is over the age of eighteen (18) years; that on the 13th day of July, 2007 at the Office of the Secretary of State of the State of New York in the City of Albany, New York, (s)he served the annexed Summons, Complaint, Individual Practices of Judge Denny Chin dated July 24, 2006, USDC/SDNY Guidelines for Filing an Electronic Case or Appeal, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing on the defendant in this action, by delivering to and leaving with Donna Christie, a clerk in the Office of the Secretary of State of the State of New York personally at the Office of the Secretary of State of the State of New York two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 303 of the Limited Liability Company Law.

Deponent further says that (s)he knew the person so served as aforesaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that (s)he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| ( ) Male<br>( X )Female | ( ) Black<br>( X ) White | (X) Light<br>( ) Med.<br>( )Dark | 35 | (5'2") | (130 lbs) |

Other Identifying Features:

Michael Smith

Sworn to me this
17th day of July, 2007

Notary Public

KELLY A. FITZPATRICK
Notary Public, State of New York
Certified in Rensselaer County
ID# 01FI5049626
Commission Expires 9/18/ 2009

State of New York - Department of State
Receipt for Service

Receipt #: 200707160090
Date of Service: 07/13/2007
Service Company: 37 UNITED CORPORATE SERVICES - 37

Cash #: 200707160074
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW

Party Served: VOY, LLC

Plaintiff/Petitioner:
    GARY ROSEN COMMUNICATIONS, INC.


Service of Process Address:
BRIAN T FIELD
330 MADISON AVE
6TH FLOOR
NEW YORK, NY 10017

Secretary of State
By  DONNA CHRISTIE