```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2007
```

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GARY ROSEN COMMUNICATIONS, INC.     :     07 CIV 6331 (DC)

                Plaintiff,     :     ECF CASE

vs.     :     **DEFAULT JUDGMENT**

VOY, LLC,

                Defendant.     :
------------------------------------------------------------X

      This action having been commenced on July 11, 2007 by the filing of the Complaint and the issuance of a Summons, and a copy of the Summons and Complaint having been served upon Defendant VOY, LLC on July 13, 2007 by service upon the New York Secretary of State pursuant to Section 303 of the New York Limited Liability Company Law, and proof of service having been filed on July 23, 2007, and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED:     That Plaintiff have judgment against Defendant in the liquidated amount of $ 297,894, plus interest at 9% from August 25, 2006 through August 6, 2007 amounting to $25,414.82, plus costs and disbursements of this action in the amount of $578, amounting in all to $323,886.82.

Dated: New York, New York
       August 13, 2007

                                                      _____
                                                            U.S.D.J.

                                       This document was entered on the
                                       docket on _____.